723 A.2d 587

IN THE MATTER OF MARILYN E. STERNSTEIN,
AN ATTORNEY AT LAW.

February 4, 1999.

## ORDER

The Court on January 28, 1999, having ordered that **MARILYN E. STERNSTEIN** of **DEPTFORD,** who was admitted to the bar of this State in 1980, be temporarily suspended from the practice of law, pursuant to *Rule* 1:20–17(e)(1), unless she paid all administrative costs and interest assessed in a previous disciplinary matter prior to that date;

And respondent having previously paid the sums assessed pursuant to *Rule* 1:20–17;

And good cause appearing;

It is ORDERED that the Order of January 28, 1999, is hereby vacated as improvidently entered.